SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
385 Grand Avenue, Suite 300
Oakland, CA. 94610
Telephone: (510) 272-0600
Facsimile: (510) 835-4952
scott@sugarmanandcannon.com

Attorneys for Defendant
   QUINTON ENDEMANN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 17-00522 HSG |
| Plaintiff, | ) |
| | ) **ORDER TO CONTINUE STATUS** |
| v. | ) **HEARING AND TO EXCLUDE** |
| | ) **TIME UNDER THE SPEEDY TRIAL** |
| QUINTON ENDEMANN, | ) **ACT** |
| Defendant. | ) |

    Based on the parties' joint request, IT IS HEREBY ORDERED that the Status Conference set on September 10, 2018, is VACATED and this matter is RESET for a Status Conference and possible entry of plea on September 17, 2018, at 2:00 p.m.

    In addition, the Court finds that failing to exclude the time between July 16, 2018, and September 17, 2018, would unreasonably interfere with the availability of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 10, 2018, and September 17, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

1

Accordingly, IT IS HEREBY ORDERED that the time between September 10, 2018, and September 17, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATE: August 29, 2018

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE